UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**KOCHEN HARRIS,**           CASE NO.   3:12-cv-257

    Plaintiff,           Judge Timothy S. Black

**-vs-**

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and this case is **CLOSED** on the docket of this Court.

Date: November 20, 2013                    **JOHN P. HEHMAN, CLERK**

                                                                      By: *s/ M. Rogers*
                                                                      Deputy Clerk